| | |
|---|---|
| **18th Judicial District Court** <br> **Arapahoe County, State of Colorado** <br> Court Address:       7325 South Potomac Street <br> Centennial, CO  80012 | DATE FILED: September 5, 2017 5:11 PM <br> FILING ID: E8E63F8343C3E <br> CASE NUMBER: 2017CV32008 |
| **Plaintiffs:**   Geum Ja Kim and Young Kim <br><br> v <br><br> **Defendant:**   Safeco Insurance Company of America | <br><br><br>▲    COURT USE ONLY    ▲ |
| **Attorney for Plaintiffs:** <br> Attorney:      Jessica Mauser, #47630 <br>                      David Roth, #44800 <br>                      Andrew M. Newcomb, #37032 <br> Address:       Speights and Worrich, LLC <br>                      116 Inverness Drive East, Suite 270 <br>                      Englewood, CO 80112 <br> Phone Num.:   (303) 662-8082 <br> FAX Num.:      (303) 662-8083 <br> E-Mail:            jmauser@speightsfirm.com <br>                          david@speightsfirm.com <br>                          andrew@speightsfirm.com | Case Number: <br><br> Div.: |
| **COMPLAINT AND JURY DEMAND** ||

   COME NOW PLAINTIFFS, Geum Ja Kim and Young Kim, by and through their attorneys, Speights and Worrich, LLC, and files this Complaint against the above named Defendant as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Geum Ja Kim, is a named insured under a policy of insurance issued by Defendant.

2. Plaintiff, Young Kim, is a rated driver and intended beneficiary under the policy of insurance issued to Geum Ja Kim and Daniel Kim. (Hereinafter Young Kim and Geum Ja Kim will be referred to as "Plaintiffs").

3. Plaintiffs' vehicle was impacted by hail traveling east bound on Interstate Highway 70 at 6th Avenue in Jefferson County, Colorado. Plaintiffs are co-owners of the subject vehicle.



4. Upon information and belief, Safeco Insurance Company of America (hereinafter "Defendant") is a foreign corporation organized under the laws of New Hampshire, with its principal place of business located at 62 Maple Avenue, Keene, New Hampshire, and is authorized to do business in Colorado.

5. This Court has jurisdiction over the subject matter of this action and the parties hereto.

6. Venue is proper in this Court pursuant to C.R.C.P. 98(c)(1).

## GENERAL ALLEGATIONS

7. Defendant Safeco Insurance Company of America issued Policy Number Y7887908 (hereinafter the "Policy") to Geum Ja Kim and Daniel Kim, insuring a 2000 Lexus LS 400, 2016 Toyota Tundra Crewmax 179, and 2013 Toyota Sequoia Platinum (collectively the "Vehicles") at all times relevant herein.

8. The Policy is an Automobile Policy that covered, *inter alia*, all risks of direct physical loss or damage to the Vehicles, including property damaged by hail and wind. The Policy covered Geum Ja Kim, Julie G. Kim, Daniel Kim and Young Kim as rated drivers.

9. On or about May 8, 2017, Plaintiff Young Kim was operating his 2016 Toyota Tundra (hereinafter the "Tundra"), traveling eastbound on Interstate 70 at 6th Avenue when a hailstorm occurred, causing severe damage to the Tundra.

10. The hailstorm caused extensive damage to the roof, hood, and sides of the Tundra as well as shattering the passenger side-view mirror and cracking the windshield.

11. Plaintiffs tendered to Defendant a claim for benefits arising out of the damage the Tundra sustained from substantial hail, and Defendant issued claim number 597241756036 related to this storm.

12. On or about May 15, 2017, Plaintiff Young Kim took the Tundra to be inspected by Defendant's representatives. At that time, the Defendant's representative stated that Plaintiff would need to contact Defendant to set up a formal inspection of the vehicle.

13. On or about May 25, 2017, Defendant came to Plaintiffs' home, inspected the Tundra and produced an estimate dated May 30, 2017, with a total cost of repairs of $13,457.91.

14. On or about June 6, 2017, Plaintiff Young Kim took the Tundra to a body shop, Emmel's Enamels, and was informed that the total cost to repair the damage would be $20,314.75.

15. On June 7, 2017, Defendant provided a letter to Plaintiffs stating:

> "Careful consideration has been given to all known facts regarding your claim for Hail. After a full investigation and thorough review of the circumstances surrounding this matter, Safeco Insurance Company of America has determined that the damage sustained by the vehicle was not caused by hail no payments will be issued for this loss.
>
> This decision is based on information gathered throughout the course of our investigation into your claim. This information includes, but is not limited to, physical inspection of the vehicle indicates the damages are not consistent with the hail storm that occurred on May 8, 2017. Based upon the results of our investigation, we respectfully deny your claim."

## FIRST CAUSE OF ACTION
### (Breach of Contract)

16. Plaintiffs incorporate the foregoing paragraphs of their Complaint as if fully set forth herein.

17. The Policy creates a contract of insurance.

18. By its actions, as described above, Defendant breached the contract of insurance.

19. As a direct and proximate result of said breach, Plaintiffs are entitled to damages in an amount to be determined at trial.

## CLAIM FOR RELIEF
### (Violation of C.R.S. §10-3-1115 and Relief Pursuant to §10-3-1116)

20. Plaintiffs incorporate the foregoing paragraphs of their Complaint as if fully set forth herein.

21. C.R.S. §10-3-1115 forbids an insurer from unreasonably delaying or denying payment of a claim for benefits owed to or on behalf of a first-party claimant.

22. Plaintiffs are first-party claimants under C.R.S. §10-3-1115.

23. C.R.S. §10-3-1116 provides that a first-party claimant whose claim has been unreasonably delayed by an insurer may bring an action in Colorado district court

to recover reasonable attorneys' fees and court costs and two times the covered benefit.

24. Because Defendant's actions, as described above, violate C.R.S. §10-3-1115, Plaintiffs bring this claim to recover their reasonable attorneys' fees and court costs, and two times the covered benefit, as allowed under C.R.S. §10-3-1116.

WHEREFORE, Plaintiffs respectfully request that judgment be entered in their favor and against Defendant as follows:

  a. For compensatory damages, both economic and non-economic, in amounts to be proved at trial;
  b. For double damages pursuant to statute;
  c. For all prejudgment interest, statutory or moratory, and post-judgment interest allowed by law;
  d. For reasonable attorneys' fees and costs of suit herein; and
  e. For such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiffs demand trial by jury.

Dated this 5th day of September, 2017.

Respectfully Submitted,

*/s/ Jessica Mauser*
Jessica Mauser #47630
David Roth, #44800
Andrew M. Newcomb, #37032
Attorneys for Plaintiffs

In accordance with C.R.C.P. 121, §1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.